# Exhibit B

**Work Order effective January 1, 2013**

This Work Order is entered into and made a part of the Master Services Agreement between VADATA, Inc. and the Contractor noted therein, with an effective date of June 1, 2008 (the "Agreement"), to apply to the Amazon entity noted below (for purposes of this Work Order, "Amazon") for the Project described below. All capitalized terms not defined in this Work Order have the respective meanings set forth in the Agreement. To the extent that the terms of this Work Order conflict with any of the terms of the Agreement, and the Work Order explicitly states that it intends to modify the conflicting terms, this Work Order supersedes the Agreement.

1. **Description of Project Services:** Contractor will provide cleaning services ("Services") at Amazon's facility identified under Section 2 of this Work Order. Contractor will provide all equipment, Personnel in compliance with Exhibit A, and cleaning supplies required to provide the Services at its own expense. Unless otherwise specified, Contractor will perform the following Services:

<u>**Scope of Services:**</u>

i. **Main Lobby Area/Exterior**

1. Contractor will perform such tasks once per day:
   - Empty waste baskets, cigarette burns, recessed panel receptacles and remove all trash from main entrance to designated disposal area.
   - Clean both sides of glass of the main entry doors.
   - Dust-mop all hard and resilient floors.
   - Supply fresh liners for wastebaskets.
   - Empty exterior trash baskets at main entrance, staff entrance, and delivery entrance and replace liner.
   - Spot clean walls, light switches and doors.
   - Wipe down card readers.
   - Sweep, mop and vacuum floors.
   - Wipe metals clean and free of smears, smudges or stains.

2. Contractor will perform such tasks once per week:
   - Clean air vents.
   - Dust the main entrance.
   - Buff vinyl floors (twice a week)

3. Contractor will perform such tasks twice per year:
   - Strip and wax floors.

ii. **General Office Space**

1. Contractor will perform such tasks once per day:
   - Empty waste baskets, cigarette burns, recessed panel receptacles and remove all trash from main entrance to designated disposal area.
   - Supply fresh liners for wastebaskets.
   - Dust and clean all surfaces.
   - Clean all conference rooms furniture.
   - Clean conference whiteboards and surfaces unless notified otherwise on the boards.
   - Sweep, mop and vacuum floors.
   - Wipe down wood furniture in conference rooms.
   - Sanitize doorknobs.
   - Wipe down wood doors
   - Clean office glass doors.
   - Light dusting picture frames.
   - Dust all unobstructed desks, counters, furniture, filing cabinets, chairs, tables and horizontal surfaces including sills, ledges, moldings, and shelves.
   - In the security office area, empty waste baskets and remove all trash to designated disposal areas. Supply fresh liners for waste baskets.

EXHIBIT B

Work Order effective January 1, 2013

This Work Order is entered into and made a part of the Master Services Agreement between VATATA, Inc. and the Contractor named therein, with an effective date of June 1, 2008 (the "Agreement"), to apply to the Amazon entity named below (for purposes of this Work Order, "Amazon") for the Project described below. All capitalized terms not defined in this Work Order have the respective meanings set forth in the Agreement. To the extent that the terms of this Work Order conflict with any of the terms of the Agreement, and the Work Order expressly states that it intends to modify the conflicting terms, this Work Order supersedes the Agreement.

1. Description of Project Services: Contractor will provide cleaning services ("Services") at Amazon's facility identified under Section [illegible] of this Work Order. Contractor will provide all equipment, Personnel in compliance with Exhibit A, and cleaning supplies required to provide the Services at its own expense. Unless otherwise specified, Contractor will perform the following Services:

Scope of Services

I. Main Lobby Area/Exterior

1. Contractor will perform such tasks once per day:

- Empty waste baskets, cigarette urns, recessed panel receptacles and remove all trash from main entrance to designated disposal area.
- Clean both sides of glass of the main entry doors.
- Dust mop all hard and resilient floors.
- Supply fresh liners for wastebaskets.
- Empty exterior trash baskets at main entrance, exit entrance, and delivery entrance and replace liner.
- Spot clean walls, light switches and doors.
- Wipe down card readers.
- Sweep, mop and vacuum floors.
- Entrance mats clean and free of streaks, smudges or stains.

2. Contractor will perform such tasks once per week:

- Clean all vents.
- Mat the main entrance.
- Buff hard floors (twice a week)

3. Contractor will perform such tasks twice per year:

- Strip and wax floors.

II. General Office Space

1. Contractor will perform such tasks once per day:

- Empty waste baskets, cigarette urns, recessed panel receptacles and remove all trash from main entrance to designated disposal area.
- Supply fresh liners for wastebaskets.
- Dust and clean all surfaces.
- Clean all conference rooms furniture.
- Clean conference whiteboards and surfaces unless notified otherwise on the boards.
- Sweep, mop and vacuum floors.
- Wipe down wood furniture in conference rooms.
- Sanitize doorknobs.
- Wipe down wood doors.
- Clean office glass doors.
- Light dusting picture frames.
- Dust all unobstructed desks, counters, furniture, filing cabinets, chairs, tables and horizontal surfaces including sills, ledges, moldings, and shelves.
- In the kitchen/office area, empty waste baskets and remove all trash to designated disposal areas. Supply fresh liners for waste baskets.

- In the security office area, clean the inside and outside of the main glass.
- In the security office area, dust and clean all surfaces.
- Sweep and mop ceramic tile floor.
- Wipe down accessible interior faces of interior windows.
- Remove and place in shredder bins all loose papers around printer/copy machines.

2. Contractor will perform such tasks once per quarter:
   - Scrub ceramic tile floor.
   - Perform deep carpet cleaning. Deep carpet extraction cleaning for IAD10 will be performed once per week.

3. Contractor will perform such tasks once per month:
   - Deep dusting of office furniture.
   - Perform deep carpet cleaning.
   - Clean and remove spots in carpet (twice a month).

4. Contractor will perform such tasks twice per year:
   - Deep clean all interior windows.

iii. **Break Room/ Lunch Room/Kitchenette**
   1. Contractor will perform such tasks once per daily:
      - Sweep and mop floors.
      - Clean all surfaces (tables, chairs, counter tops and sink).
      - Completely clean out refrigerator every Friday, leave behind only things that have been dated in the current month.
      - Clean exterior of all appliances, including stainless steel.
      - Clean inside and outside of microwave.
      - Clean coffee machine.
      - Empty and clean all waste containers.
      - Clean countertop.
      - Clean inside and outside of dishwasher.
      - Wipe down cabinets.
      - Clean range.
      - Clean walls.
      - Clean baseboards.
      - Wipe down trash cans.
      - Empty waste baskets and remove all trash to designated disposal areas. Supply fresh liners for waste baskets.
      - Replenish paper towels.

   2. Contractor will perform such tasks once per week:
      - Completely clean inside and outside refrigerators every Friday at a designated time, leave behind only things that are not expired.
      - Clean air vents.
      - Buff vinyl floors (twice a week).

   3. Contractor will perform such tasks twice per year:
      - Strip and wax floors.

iv. **Bathroom & Shower Room**
   1. Contractor will perform such tasks once per day:
      - Empty, clean and disinfect all trash receptacles.
      - Clean and polish all fixtures and mirrors.
      - Wipe all counters, shelves partitions and ventilation louvers.



- In the security office area, clean the inside and outside of the main glass.
- In the security office area, dust and clean all surfaces.
- Sweep and mop ceramic tile floor.
- Wipe down accessible interior faces of interior windows.
- Remove and place in shredder bins all loose papers around printers/copy machines.

2. Contractor will perform such tasks once per quarter:
   - Scrub ceramic tile floors.
   - Perform deep carpet cleaning. Deep carpet extraction cleaning for [illegible] will be performed once per week.

3. Contractor will perform such tasks once per month:
   - Deep dusting of office furniture.
   - Perform deep carpet cleaning.
   - Clean and remove spots in carpet (twice a month).

4. Contractor will perform such tasks twice per year:
   - Deep clean all interior windows.

III. Break Room/Lunch Room/Kitchenette

1. Contractor will perform such tasks once per day:
   - Sweep and mop floors.
   - Clean all surfaces (tables, chairs, counter tops and sink).
   - Completely clean out refrigerator every Friday, leave behind only things that have been dated in the current month.
   - Clean exterior of all appliances, including stainless steel.
   - Clean inside and outside of microwave.
   - Clean coffee machine.
   - Empty and clean all waste containers.
   - Clean countertops.
   - Clean inside and outside of dishwasher.
   - Wipe down cabinets.
   - Clean range.
   - Clean walls.
   - Clean baseboards.
   - Wipe down trash cans.
   - Empty waste baskets and remove all trash to designated disposal areas. Supply clean liners for waste baskets.
   - Replenish paper towels.

2. Contractor will perform such tasks once per week:
   - Completely clean inside and outside refrigerators every Friday at a designated time, leave behind only things that are not expired.
   - Clean air vents.
   - Buff vinyl floors (twice a week).

3. Contractor will perform such tasks twice per year:
   - Strip and wax floors.

IV. Restrooms & Shower Rooms

1. Contractor will perform such tasks once per day:
   - Empty, clean and disinfect all trash receptacles.
   - Clean and polish all fixtures and mirrors.
   - Wipe all counters, shelves partitions and ventilation louvers.

- Restock all paper supplies and fill soap dispensers.
- Clean, dry and disinfect floors including corners and baseboards.
- Clean and sanitize bowls, basins, and urinals.
- Spot clean walls, doors, and partitions.
- Clean and disinfect shower walls and floors.
- Clean shower curtains and rods.
- Wipe down the exterior surfaces of lockers.
- Replace sanitation bags.
- Sweep and mop floors.

2. Contractor will perform such tasks once per week:
   - Damp wipe the full surface area of all stall partitions, door frames, and waste receptacles using a disinfecting, deodorizing cleaner.
   - Buff vinyl floors (twice per week).

3. Contractor will perform such tasks once per quarter:
   - Scrub ceramic floors.

4. Contractor will perform such tasks twice per year:
   - Strip and wax floors.

5. Contractor will perform such tasks as needed:
   - Refill toilet seat covers.
   - Refill aerosol deodorizer.
   - Refill urinal and toilet sanitizers.

v. **Corridor/Hallway (Standard and Raised Floor)**

1. Contractor will perform such tasks once per day:
   - Sweep and mop floors in all hallways and stairs.
   - Spot clean walls, doors, and handrails.
   - Remove garbage/cardboard boxes set outside of doors (labeled trash).
   - Clean artificial plants.
   - Wipe outside CINTAS emergency kits located in hallways.
   - Clean drinking water fountain basin, spout and push bar using disinfecting cleaner.
   - Remove all scales and thoroughly disinfect entire fountain basin.
   - Clean baseboards.
   - Perform light dusting of picture frames.
   - Spot clean walls, light switches, and doors.

2. Contractor will perform such tasks once per week:
   - Clean air vents.
   - Buff vinyl floors (twice per week).

3. Contractor will perform such tasks twice per year:
   - Strip and wax vinyl floors.

vi. **Loading Dock Area**

1. Contractor will perform such tasks once per day:
   - Sweep and mop floors.
   - Empty all light trash receptacles.

2. Contractor will perform such tasks twice per year:
   - Scrub concrete floors.

- Restock all paper supplies and fill soap dispensers.
- Clean, dry and disinfect floors including corners and baseboards.
- Clean and sanitize bowls, basins and urinals.
- Spot clean walls, doors, and partitions.
- Clean and disinfect shower walls and floors.
- Clean shower curtains and rods.
- Wipe down the exterior surfaces of lockers.
- Replace sanitation liners
- Sweep and mop floors

2. Contractor will perform such tasks once per week:
   - Damp wipe the full surface area of all stall partitions, door frames, and waste receptacles using a disinfecting, deodorizing cleaner.
   - Buff vinyl floors (twice per week).

3. Contractor will perform such tasks once per quarter:
   - Scrub ceramic floors.

4. Contractor will perform such tasks twice per year:
   - Strip and wax floors.

5. Contractor will perform such tasks as needed:
   - Refill toilet seat covers.
   - Refill aerosol deodorizers.
   - Refill urinal and toilet sanitizers.

V. Corridors/Hallways (Stairwell and Raised Floor)

1. Contractor will perform such tasks once per day:
   - Sweep and mop floors in all hallways and stairs.
   - Spot clean walls, doors, and handrails.
   - Remove garbage/cardboard boxes set outside of doors (labeled trash)
   - Clean artificial plants.
   - Wipe outside CINTAS emergency kits located in hallways.
   - Clean drinking water fountain basin, spout and push bar using disinfecting cleaner.
   - Remove all scales and thoroughly disinfect entire fountain basin.
   - Clean cupboards.
   - Perform light dusting of picture frames.
   - Spot clean walls, light switches, and doors.

2. Contractor will perform such tasks once per week:
   - Clean air vents.
   - Buff vinyl floors (twice per week).

3. Contractor will perform such tasks twice per year:
   - Strip and wax vinyl floors.

VI. Loading Dock Area

1. Contractor will perform such tasks once per day:
   - Sweep and mop floors.
   - Empty all light trash receptacles.

2. Contractor will perform such tasks twice per year:
   - Scrub concrete floors.

vii. In addition to Services mentioned above, Contractor will notify Amazon of any building problems such as leaks or needed repairs on a regular basis.

viii. **Additional Services (Not Included in Basic Scope of Services)**

1. **Day Porter Services**
   - Maintains a clean, socked and organized environment inclusive of all bathrooms, kitchens/kitchenettes, lunch/break rooms, designated stock rooms, conference rooms, training/AV rooms, mail rooms, copier stations, and cubicle and office areas.
   - Performs regular checks and replaces/replenishes all toilet and hand paper, hand soap, toilet seat covers, toilet bowl/urinal and air fresheners in all bathrooms as necessary.
   - Performs regular checks and replaces/replenishes all kitchen/kitchenette supplies including coffee/tea, sugar, creamers, cups, plates, spoons, stirs, napkins, paper towels, and dish and hand soap.
   - Cleans and details microwaves, water coolers, and refrigerators as required.
   - Performs regular checks and replaces/replenishes all water cooler bottles and cups where applicable.
   - Performs "trash-out" duties at least twice daily, inclusive of all bathrooms, kitchens/kitchenettes, cubicle and office areas, conference rooms, and paper shredders. "Trash-out" of all shipping boxes and packaging supplies after items have been stocked in designated rooms.
   - Assists Amazon Management with distribution of interoffice mail and packages.
   - Assists Amazon Management with minor inventory tasks and the replenishment of items including coffee, stationary, and emergency preparedness supplies.
   - Assists Amazon Management with all layout and clean-up of catered food for planned and unplanned events, functions, and meetings.
   - Performs regular checks of conference rooms to ensure they are cleaned, detailed and prepared prior to and after meetings.
   - Special projects as assigned by Amazon Management.

**Any other changes to Contractor's scope of work must be authorized in writing by both parties, and in the case of Amazon, is binding only if signed by a Vice President of Amazon.**

2. **Location(s) Where Services Will Be Provided:**

| Site ID | Address |
|---|---|
| IAD1 | 4101A Westfax Dr., Chantilly, VA 20151 |
| IAD6 | 43831 Devin Shafron Dr., Ashburn, VA 20147 |
| IAD7 | 7505 Mason King Ct., Manassas, VA 20109 |
| IAD9 | 4100 Westfax Dr., Chantilly, VA 20151 |
| IAD10 | 45360 Severn Way, Sterling, VA 20166 |
| IAD11A,B | 7510 Mason King Ct., Manassas, VA 20109 |
| IAD12 | 22630 Dulles Summit Ct., Sterling, VA 20166 |

vii. In addition to the services mentioned above, Contractor will notify Amazon of any building problems such as leaks or needed repairs on a regular basis.

viii. Additional Services (not included in Basic Scope of Services)

1. Day Porter Services

- Maintains a clean, stocked and organized environment inclusive of all restrooms, kitchen/kitchenettes, lunch/break rooms, designated stock rooms, conference rooms, training/AV rooms, mail rooms, copier stations, and cubicle and office areas.
- Performs regular checks and replaces/replenishes all toilet and hand paper, hand soap, toilet seat covers, toilet bowl/urinal and air fresheners in all bathrooms as necessary.
- Performs regular checks and replaces/replenishes all kitchen/kitchenette supplies including coffee/tea, sugar, creamers, cups, plates, spoons, knives, napkins, paper towels, and dish and hand soap.
- Cleans and details microwaves, water coolers, and refrigerators as required.
- Performs regular checks and replaces/replenishes all water cooler bottles as/or where applicable.
- Performs "clean-out" duties at least twice daily, inclusive of all break rooms, kitchenettes, cubicle and office areas, conference rooms, and paper products. "Trash-out" of all shipping boxes and packaging supplies after items have been stocked in designated rooms.
- Assists Amazon Management in distribution of interoffice mail and packages.
- Assists Amazon Management with office inventory levels and the replenishment of items including coffee, stationary, and emergency preparedness supplies.
- Assists Amazon Management with all layout and cleanup of catered food for planned and unplanned events, functions, and meetings.
- Performs regular checks of conference rooms to ensure they are cleaned, detailed and prepared prior to and after meetings.
- Special projects as assigned by Amazon Management.

Any other changes to Contractor's scope of work must be authorized in writing by both parties, and in the case of Amazon, is binding only if signed by a Vice President of Amazon.

2. Location(s) Where Services Will Be Provided:

| Site ID | Address |
|---|---|
| IAD1 | [illegible] Dr, Chantilly, VA 20151 |
| IAD4 | 43831 Devin Shafron Dr, Ashburn, VA 20147 |
| IAD7 | 7505 Mason King Ct, Manassas, VA 20109 |
| IAD9 | 4160 Westfax Dr, Chantilly, VA 20151 |
| IAD10 | 45560 Severn Way, Sterling, VA 20166 |
| IAD11 | 7510 Mason King Ct, Manassas, VA 20109 |
| IAD12 | 22630 Dulles Summit Ct, Sterling, VA 20166 |



| | |
|---|---|
| IAD13 | 43790 Devin Shafron Dr., Ashburn, VA 20147 |
| IAD22 | 4155 Westfax Dr., Chantilly, VA 20151 |

3. **Start Date Of Services:** January 1, 2013

4. **End Date of Services:** The term of this Work Order begins on the Effective Date and will continue for a period of one year, or until December 31, 2013 ("Term"), unless terminated earlier in accordance with the Agreement. In connection with termination of this Work Order for any reason, Vendor will provide reasonable assistance to Amazon in order to enable and facilitate an orderly transition of the Services to Amazon or another Vendor.

5. **Duration and Frequency of Services:** Monday through Friday from 6:00 p.m. to 10:00 p.m. and Sundays from 2:00 p.m. to 6:00 p.m. for 6 days a week. Amazon at its discretion can amend the duration and/or frequency of the Services. All Services will be performed during normal business hours unless otherwise arranged.

6. **Contractor Fees/Payment Terms:**
Amazon will pay Contractor $26.00 per hour in addition to material costs specified in the table below, with an aggregate not to exceed $723,624.00, in accordance with the prices below for the Services performed by Contractor in accordance with the Agreement.

**Projected Vendor Spend Template**

| Capitol Pros, Inc. | | Additional Information/Details |
|---|---|---|
| **Contract Description** | | |
| Date Created | 11/30/2012 | |
| Last Date Compiled | 11/30/2012 | |
| Spend Type | Per Site | |
| Equipment Type | Janitorial Cleaning | |
| Equipment Category | Janitorial Cleaning | |
| Equipment Category Type | Other | |
| Count Perdix | No | |
| Current Year | 2013 | |
| Starting Month | January | |
| Number of Sites Currently Deployed | | |
| Period When Costs are Incurred | Monthly | |
| Cost Per Period | | |
| Cluster | IAD | |

| Site Location | Total Hours per Site per Month | Hourly Rate | Monthly Labor Cost | Labor Yearly Cost | Materials Montly Cost | Materials Yearly Cost | Total Yearly Cost (Includes Labor & Material Costs) |
|---|---|---|---|---|---|---|---|
| IAD1 | 208 | $ 26.00 | $ 5,408.00 | $ 64,896.00 | $ 880.00 | $ 10,560.00 | $ 75,456.00 |
| IAD6 | 208 | $ 26.00 | $ 5,408.00 | $ 64,896.00 | $ 825.00 | $ 9,900.00 | $ 74,796.00 |
| IAD7 | 208 | $ 26.00 | $ 5,408.00 | $ 64,896.00 | $ 825.00 | $ 9,900.00 | $ 74,796.00 |
| IAD9 | 208 | $ 26.00 | $ 5,408.00 | $ 64,896.00 | $ 825.00 | $ 9,900.00 | $ 74,796.00 |
| IAD10 | 312 | $ 26.00 | $ 8,112.00 | $ 97,344.00 | $ 1,320.00 | $ 15,840.00 | $ 113,184.00 |
| IAD11 | 208 | $ 26.00 | $ 5,408.00 | $ 64,896.00 | $ 1,100.00 | $ 13,200.00 | $ 78,096.00 |
| IAD11B | 104 | $ 26.00 | $ 2,704.00 | $ 32,448.00 | $ 330.00 | $ 3,960.00 | $ 36,408.00 |
| IAD12 | 208 | $ 26.00 | $ 5,408.00 | $ 64,896.00 | $ 550.00 | $ 6,600.00 | $ 71,496.00 |
| IAD13* | 130 | $ 26.00 | $ 3,380.00 | $ 40,560.00 | $ 385.00 | $ 4,620.00 | $ 45,180.00 |
| IAD22 | 208 | $ 26.00 | $ 5,408.00 | $ 64,896.00 | $ 1,210.00 | $ 14,520.00 | $ 79,416.00 |
| Total | 2002 | | $ 52,052.00 | $ 624,624.00 | $ 8,250.00 | $ 99,000.00 | $ 723,624.00 |

*IAD13 Cleaning is based on partial occupancy. At full occupancy, cleaning time will be 208 hours at $26 per hour for a total monthly charge of $5,408.00.

| | |
|---|---|
| 43790 Devin Shafron Dr., Ashburn, VA 20147 | [illegible] |
| 4135 Westfax Dr., Chantilly, VA 20151 | IAD32 |

3. Start Date Of Services: January 1, 2013

4. End Date of Services: The term of this Work Order begins on the Effective Date and will continue for a period of one year, or until December 31, 2013 ("Term"), unless terminated earlier in accordance with the Agreement. In connection with termination of this Work Order for any reason, Vendor will provide reasonable assistance to Amazon in order to enable and facilitate an orderly transition of the Services to Amazon or another Vendor.

5. Duration and Frequency of Services: Monday through Friday from 6:00 p.m. to 10:00 p.m. and Sunday from 2:00 p.m. to 6:00 p.m. for 6 days a week. Amazon at its discretion can amend the duration and/or frequency of the Services. All Services will be performed during normal business hours unless otherwise arranged.

6. Contractor Fees/Payment Terms:

Amazon will pay Contractor $26.[illegible] per hour in addition to material costs specified in the table below, with an aggregate not to exceed $723,024.00 in accordance with the prices below for the Services performed by Contractor in accordance with the Agreement.

Projected Vendor Spend Template

| Contract Description | | Additional Information/Details |
|---|---|---|
| Date Created | 11/[illegible]/2012 | |
| Last Date Changed | 11/[illegible]/2012 | |
| [illegible] | [illegible] | |
| Contract Type | Janitorial/Cleaning | |
| Subcontract Category | Janitorial Cleaning | |
| [illegible] | Other | |
| Contract Period | [illegible] | |
| [illegible] Year | 2013 | |
| [illegible] | Annual | |
| Number of Sites Currently Deployed | | |
| Total Fixed Cost are Invoiced | Monthly | |
| Cost Per Period | | |
| Cluster | IAD | |

| Site Location | Total Hours per Site per Month | Hourly Rate | Monthly Labor Cost | Total Yearly Cost | Materials Monthly Cost | Materials Yearly Cost | Total Yearly Cost (Includes Labor & Material Cost) |
|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Total | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible] is based on partial occupancy. At full occupancy, cleaning plan will be [illegible] per hour for a total monthly [illegible]

CONFIDENTIAL

Hours exceeding 8 hours in any given day will be billed at one and one-half times the basic rate and exceeding 12 hours in any given day shall be billed at double the basic rate. Contractor shall obtain prior written consent of the facilities manager for any Services that are likely to exceed 8 hours.

Amazon will pay Contractor the amount above on a monthly basis for Services performed the previous month, subject to receipt and acceptance by Amazon of Contractor's invoice. The invoice will be in a form and content reasonably acceptable to Amazon and will contain sufficient information to allow Amazon to determine the accuracy of the amounts billed. Payment terms are net 60 days of receipt of invoice and acceptance of Services by Amazon, provided that a two percent (2%) discount will apply to amounts due and owing to Contractor and paid by Amazon within ten (10) days of Amazon's receipt of the applicable invoice for such amounts. No advance payments will be made by Amazon to Contractor.

Contractor represents that the pricing offered to Amazon under this Work Order is and at all times will be as favorable as that offered to Contractor's other customers receiving services from Contractor similar to the Services hereunder. If Contractor offers to provide the Services to a customer on terms that are more favorable than the terms offered to Amazon, Contractor will notify Amazon of the third-party terms, and at Amazon's election those terms will be applied to Amazon's purchase of the Services under this Work Order effective as of the date such terms were offered to the other customer.

This Work Order is entered into as of the Start Date set forth above.

**Amazon:**

VADATA, Inc.

By: [signature]

Printed Name: Osvaldo Morales

Title: VP VADATA

Date Signed: 1-17-2013

**Contractor:**

Capitol Pros, Inc.

By: [signature]

Printed Name: RICARDO TABOADA

Title: OWNER

Date Signed: 12-11-2012

[illegible] 8 hours in any given day will be billed at one and one-half times the basic rate and exceeding 12 hours in any given day shall be billed at double the basic rate. Contractor shall obtain prior written consent of the facilities manager for any Services that are likely to exceed 8 hours.

Amazon will pay Contractor the amount above on a monthly basis for Services performed the previous month, subject to receipt and acceptance by Amazon of Contractor's invoice. The invoice will be in a form and content reasonably acceptable to Amazon and will contain sufficient information to allow Amazon to determine the accuracy of the amounts billed. Payment terms are net 60 days of receipt of invoice and acceptance of Services by Amazon, provided that a two percent (2%) discount will apply to amounts due and owing to Contractor and paid by Amazon within ten (10) days of Amazon's receipt of the applicable invoice for such amounts. No advance payments will be made by Amazon to Contractor.

Contractor represents that the pricing offered to Amazon under this Work Order is and at all times will be as favorable as that offered to Contractor's other customers receiving services from Contractor similar to the Services hereunder. If Contractor offers to provide the Services to a customer on terms that are more favorable than the terms offered to Amazon, Contractor will notify Amazon of the third-party terms, and at Amazon's election those terms will be applied to Amazon's purchase of the Services under this Work Order effective as of the date such terms were offered to the other customer.

This Work Order is entered into as of the Start Date set forth above.

**Amazon**

VADATA, Inc.

By: [signature]

Printed Name: [illegible]

Title: VP VADATA

Date Signed: 12-17-2013

**Contractor**

Capital Pros Inc.

By: [signature]

Printed Name: [illegible]

Title: Owner

Date Signed: 12-11-2012

CONFIDENTIAL

LEGAL