The Honorable Judge John C. Coughenour

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  CAPITOL PROS, INC.,                    )
10                        Plaintiff,       )   No. 2:17-cv-01410
                                          )
11           v.                            )   **DEFENDANT VADATA INC.'S**
                                          )   **CORPORATE DISCLOSURE**
12  VADATA, INC. f/k/a, AMAZON.COM         )   **STATEMENT PURSUANT TO**
    VADATA, INC.,                          )   **FRCP 7.1(A) AND LCR 7.1**
13                                         )
                        Defendants.        )
14  _____   )

15       Pursuant to Civil Local Rule 7.1 and Federal Rule of Civil Procedure 7.1, the

16  undersigned counsel of record for Defendant Vadata, Inc. certifies that:

17       Vadata, Inc. is an indirect wholly-owned subsidiary of Amazon.com, Inc., which is a

18  publicly held company.  Amazon.com, Inc. has no parent company, and no publicly held

19  corporation owns 10% or more of its stock.

20       DATED this 16th day of October, 2017.

21                              DAVIS WRIGHT TREMAINE LLP

22                              By:    _s/ James C. Grant_____
23                                     James C. Grant, WSBA # 14358

24                              By:    _s/ Max Hensley_____
25                                     Max Hensley, WSBA #47030

26
27

CORPORATE DISCLOSURE STATEMENT
(2:17-cv-01410) - 1

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
Email: jamesgrant@dwt.com
Email: maxhensley@dwt.com

*Attorneys for Vadata, Inc.*

CORPORATE DISCLOSURE STATEMENT
(2:17-cv-01410) - 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**CERTIFICATE OF SERVICE**

I certify that on October 16, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system listed below.

*Counsel for Plaintiff Capitol Pros, Inc.*

Helen H. Albee
Neil L. Henrichsen
Henrichsen Siegel, PLLC
301 W. Bay Street, 14th Floor
Jacksonville, FL 32202
halbee@hslawyers.com

Philip Hunsucker
Hunsucker Goodstein PC
801 2nd Ave., Ste 800
Seattle, WA 98104
phunsucker@hgnlaw.com

DATED this 16th day of October, 2017.

By:  *s/ James C. Grant*
     James C. Grant, WSBA #14358

CORPORATE DISCLOSURE STATEMENT
(2:17-cv-01410) - 3

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax