THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAPITOL PROS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VADATA, INC. *et al.*, <br><br> Defendants. | CASE NO. C17-1410-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant Vadata Inc. to answer the complaint (Dkt. No. 13). The motion is GRANTED. Vadata shall have until November 30, 2017 to answer the complaint.

DATED this 17th day of October 2017.

William M. McCool
Clerk of Court

s/*Tomas Hernandez*
Deputy Clerk
