THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAPITOL PROS, INC., | CASE NO. C17-1410-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| VADATA, INC. f/k/a, AMAZON.COM VADATA, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Parties' stipulated motion to modify the briefing schedule (Dkt. No. 16) for Defendant's motion to dismiss (Dkt. No. 15). The Court hereby ORDERS that the deadline for Plaintiff to oppose Defendant's motion (Dkt. 15) shall be January 8, 2018 and the deadline for Defendant to file a Reply shall be modified to January 19, 2018. Defendant's motion to dismiss (Dkt. No. 15) is renoted to January 19, 2018.

DATED this 6th day of December 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1410-JCC
PAGE - 1